# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1015
Lower Tribunal No. 19-31432-CA-01
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Hemant Ishwaran, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Russo Lima Appellate Firm, P.A., and Paulo R. Lima and Elizabeth K. Russo, for appellant.

Cassel & Cassel, P.A., and Michael A. Cassel (Hollywood), for appellees.

Before LOGUE, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Citizens Prop. Ins. Corp. v. Tio, 304 So. 3d 1278 (Fla. 3d DCA 2020). But see Universal Prop. & Cas. Ins. Co. v. Qureshi, 396 So. 3d 564 (Fla. 4th DCA 2024).